IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01118-MSK-PAC

ANNAMARIE BRINKER,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Missouri corporation, and
DAN COOK, whose true name is not known,

    Defendants.

___

## ORDER DISMISSING CASE WITH PREJUDICE
___

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorneys fees.

DATED this 24th day of August, 2005.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge